**Order entered December 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01438-CV

### IN RE CHRISTINE L. BLOW AND KEN A. BLOW, Relators

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02930-2015**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' December 8, 2016 petition

for writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.


/s/     DAVID EVANS
         JUSTICE